AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

| | |
|---|---|
| United States of America<br>v.<br>Derek D. Moseley<br>(Wherever Found)<br><br>*Defendant* | )<br>)<br>) Case No.  3:16-cr-72-DPJ-LRA-2<br>)<br>)<br>) |

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
SEP 23 2016
ARTHUR JOHNSTON
BY _____ DEPUTY

## ARREST WARRANT

RECU USMS D43 15SEP'16

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    Derek D. Moseley,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

- Conspiracy to Possess With Intent to Distribute a Controlled Substance
- Possess With Intent to Distribute a Controlled Substance (Aiding & Abetting)

ARTHUR JOHNSTON, CLERK

Date:  09/08/2016                                                 *N. Dean*
                                                                    *Issuing officer's signature*

City and state:   Jackson, MS                                      N. Dean, Deputy Clerk
                                                                    *Printed name and title*

### Return

This warrant was received on *(date)*  9-15-2016 , and the person was arrested on *(date)*  9-19-2016
at *(city and state)*  Aberdeen, MS          .

Date:  9-23-16                                                    For Agent: [signature]
                                                                    *Arresting officer's signature*

                                                                  For Agent: N. Roselli DUSM
                                                                    *Printed name and title*