**UNITED STATES DISTRICT COURT**
**OFFICE OF THE CLERK**
**SOUTHERN DISTRICT OF MISSISSIPPI**



# *MEMORANDUM*

**3/13/2024**

**TO:**        U.S.D.C. for the N/D of Mississippi (Aberdeen Division)

**FROM:**      Arthur Johnston, Clerk of Court
               by:  Nathan Dean, Deputy Clerk

**SUBJECT:**   Transfer of Jurisdiction - Deontha White, 3:16-cr-72-DPJ-LGI-5

To effect transfer of jurisdiction in the above matter the following documents are being emailed to the link provided, ecf_information@msnd.uscourts.gov :

1.      Transfer of Jurisdiction form executed by both transferring and receiving Judges

2.      Certified copy of docket sheet

3.      Certified copy of Indictment

4.      Certified copy of Judgment

Please stamp this memorandum "received" and return to us via email.

Thanks.

Nathan Dean
501 E. Court St., Suite 2.500
Jackson, MS 39201
601-608-4027

Enclosures